UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DOMINGA PUPEN,
                 Plaintiff,

                                            21 Civ. 4794 (LGS)
           -against-

                                            ORDER
ANDREW SAUL, et al.,
                 Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

         WHEREAS, on May 28, 2021, Plaintiff filed the Complaint. (Dkt. No. 1.)

         WHEREAS, on June 1, 2021, the Court issued a Standing Order for Judgment on the Pleadings in Social Security Cases, directing Defendants to file the certified transcript of administrative proceedings within ninety days after service. (Dkt. No. 4.)

         WHEREAS, Plaintiff has not filed proof of service of the complaint. It is hereby

         **ORDERED** that, by **September 24, 2021**, Plaintiff shall file any proof of service of the complaint with the Court.

Dated: September 21, 2021
            New York, New York

                                                         LORNA G. SCHOFIELD
                                                      **UNITED STATES DISTRICT JUDGE**