UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOMINGA PUPEN,
                     Plaintiff,

            -against-

ANDREW SAUL, et al.,
                     Defendants.
------------------------------------------------------------X

21 Civ. 4794 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 28, 2021, Plaintiff filed the Complaint. (Dkt. No. 1.)

WHEREAS, on June 1, 2021, the Court issued a Standing Order for Judgment on the Pleadings in Social Security Cases, directing Defendants to file the certified transcript of administrative proceedings within ninety days after service. (Dkt. No. 4.)

WHEREAS, on September 22, 2021, Plaintiff filed proof of service of the complaint, indicating that Defendants were served by mail on August 16, 2021. (Dkt. No. 8.) It is hereby

**ORDERED** that, by **November 15, 2021**, Defendants shall file the certified transcript of any administrative proceedings held before the Social Security Administration.

Dated: September 23, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE