UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                         :

DOMINGA PUPEN,                         :

                    Plaintiff,    :

                                :          21 Civ. 4794 (LGS)

        -against-          :

                                :            ORDER

ANDREW SAUL, et al.,                :

                   Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on May 28, 2021, Plaintiff filed the Complaint.  (Dkt. No. 1.)

      WHEREAS, on June 1, 2021, the Court issued a Standing Order for Judgment on the Pleadings in Social Security Cases, directing Defendants to file the certified transcript of administrative proceedings within ninety days after service.  (Dkt. No. 4.)

      WHEREAS, on September 22, 2021, Plaintiff filed proof of service of the complaint, indicating that Defendants were served by mail on August 16, 2021.  (Dkt. No. 8.)

      WHEREAS, on September 23, 2021, the Court issued an Order directing Defendants to file the certified transcript of any administrative proceedings held before the Social Security Administration by November 15, 2021.  (Dkt. No. 9.)

      WHEREAS, no such transcript was filed.  It is hereby

      **ORDERED** that, by **November 19, 2021**, Defendants shall file the certified transcript of any administrative proceedings held before the Social Security Administration.

Dated: November 16, 2021
      New York, New York

                                      **LORNA G. SCHOFIELD**
                                  **UNITED STATES DISTRICT JUDGE**